**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Alan HICKEY, Defendant–**
**Appellant.**

**No. 09–10365.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 30, 2010.

Deferred March 25, 2011.

Resubmitted March 2, 2012.

Filed March 8, 2012.

Joan G. Ruffennach, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel L. Kaplan, Assistant Federal Public Defender, Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: B. FLETCHER, TALLMAN, and RAWLINSON, Circuit Judges.

**ORDER \***

The Joint Motion to Vacate and Remand, filed on February 29, 2012, is GRANTED. Defendant David Alan Hickey's conviction and sentence are vacated

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and this matter is remanded to the district court for further proceedings.

## VACATED AND REMANDED.